# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SEGURO MEDICO, LLC AND ARTHUR WAYNE WALSH, | : | No. 7 MAP 2024 |
| | : | |
| Appellants | : | Appeal from the Order of the Commonwealth Court at No. 293 MD 2023 dated January 3, 2024 |
| | : | |
| v. | : | |
| | : | |
| MICHAEL HUMPHREYS, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE PENNSYLVANIA DEPARTMENT OF INSURANCE, DAVID BUONO, IN HIS OFFICIAL CAPACITY AS DEPUTY INSURANCE COMMISSIONER, MICHAEL FISSEL, IN HIS OFFICIAL CAPACITY AS THE CHIEF OF THE DEPARTMENT OF INSURANCE FIELD INVESTIGATIONS/ENFORCEMENT BUREAU, AND THE COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF INSURANCE, | : | |
| Appellees | : | |

## <u>ORDER</u>

**PER CURIAM**                                     **DECIDED:  August 20, 2024**

   **AND NOW,** this 20th day of August, 2024, the order of the Commonwealth Court is **AFFIRMED**.